

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00019-CV
_____


IN THE MATTER OF THE MARRIAGE OF STEPHANIE FORD AND AARON FORD
AND IN THE INTEREST OF S.C.F. AND E.K.F., CHILDREN



On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 23D0162-CCL



Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Appellant has filed a filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Charles van Cleef
Justice

Date Submitted:     March 11, 2024
Date Decided:      March 12, 2024